## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BURVEL LEMINGS and　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
LAURA LEMINGS

v.　　　　　　　　　　　　　　　　　No. 4:12CV00342 JLH

DOUG EASTRIDGE and
KRISTY EASTRIDGE　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the joint motion, this action is hereby dismissed with prejudice. Document #44.

IT IS SO ORDERED this 17th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE